**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jamie Ard and Joseph Paschal, Defendants,

Of whom Joseph Paschal is the Appellant.

In the interest of a minor child under the age of eighteen.

Appellate Case No. 2023-000148

———————————

Appeal From Horry County
Melissa J. Buckhannon, Family Court Judge

———————————

Unpublished Opinion No. 2023-UP-211
Submitted April 25, 2023 – Filed May 23, 2023

———————————

**AFFIRMED**

———————————

Harry A. Hancock, of Columbia, for Appellant.

William Evan Reynolds, of Kingstree, for Respondent.

Michael Julius Schwartz, of Russell B. Long, PA, of
Myrtle Beach, for the Guardian ad Litem.

**PER CURIAM:** Joseph Paschal appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Paschal's counsel.

**AFFIRMED.**[1]

**KONDUROS and VINSON, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.